**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-2516**

─────────────

OLIVIA JOHNSON,

            Plaintiff - Appellant,

        v.

GINA ABADI; HONG YI ZENG,

            Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:25-cv-03818-SAG)

─────────────

Submitted:  July 23, 2026                          Decided:  July 27, 2026

─────────────

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Olivia Johnson, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Olivia Johnson appeals the district court's order dismissing her civil complaint without prejudice for failure to correct deficiencies in the filing requirements for her case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Johnson v. Abadi*, No. 1:25-cv-03818-SAG (D. Md., Dec. 9, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*